KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN GOLDMAN, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> NEWAGE LAKE LAS VEGAS, LLC dba HILTON LAKE LAS VEGAS RESORT & SPA, a Nevada limited liability company, <br><br> Defendant. | 2:18-cv-02337-JAD-PAL <br><br> **Stipulation and Order to Stay Case Pending Arbitration** <br><br><br> ECF Nos. 6, 7, 12 |

IT IS HEREBY STIPULATED AND AGREED that the Plaintiff, EILEEN GOLDMAN, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, NEWAGE LAKE LAS VEGAS LLC dba HILTON LAKE LAS VEGAS RESORT & SPA, by and through its undersigned counsel, JOSHUA A. SLIKER, ESQ. of the firm of Jackson Lewis P.C., agree to stay the above-entitled case proceedings and require all claims alleged by Plaintiff in her above-entitled action to be addressed and decided by binding arbitration through the American Arbitration Association, according to the parties' signed, mutual agreement concerning arbitration. This is the first request by stipulation to stay the case proceedings.

The parties further stipulate and agree that the Defendant's pending motion to compel arbitration, ECF 7, shall be vacated and withdrawn by the Defendant. The parties further agree that the Defendant's pending motion to dismiss complaint, ECF 6, which

1

has been responded to by the Plaintiff, ECF 11, shall be denied without prejudice as moot.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 1/16/19

/s/Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No: 12493
Jackson Lewis, P.C.
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 921-2460
Attorney for Defendant

Dated: 1/16/19

### ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that the motion to dismiss **[ECF No. 6] is DENIED** as moot; the motion to compel arbitration **[ECF No. 7] is deemed WITHDRAWN**; and **THIS CASE IS STAYED** pending conclusion of the arbitration. Once the arbitration is concluded, any party may move to lift this stay and ask for further relief.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 16, 2019

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff