DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6569
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Newage Lake Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN GOLDMAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>KAM SANG COMPANY, a foreign corporation dba NEWAGE LAKE LAS VEGAS, LLC, a Nevada limited liability company; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02337-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

///

///

///

JACKSON LEWIS P.C.
LAS VEGAS

attorneys' fees and costs.

Dated this  12th  day of August, 2020.

| | |
|---|---|
| KIRK T. KENNEDY, ESQ. | JACKSON LEWIS P.C. |
| *(signature)* | *(signature)* |
| Kirk T. Kennedy<br>815 S. Casino Center Blvd.<br>Las Vegas, Nevada 89101<br><br>*Attorney for Eileen Goldman* | DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6569<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Kam Sang Company, Inc.* |

### ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2020